**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LEISA SPEARS,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-635**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**SCHINDLER ELEVATOR CORPORATION, *et al.*,**

**Defendants.**

# ORDER

Plaintiff has filed certificates indicating that written discovery requests have been propounded and served. (ECF Nos. 18, 19.) The Court did not order Plaintiff to file these documents. Moreover, the parties have not utilized their discovery requests in a court proceeding. The Court therefore **STRIKES** Plaintiff's filings and **ORDERS** her to cease filing discovery documents, or proof of their service, until they are used in a proceeding or the Court orders otherwise. *Cf*. Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE